# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-0475
LT Case No. 2022-CF-001570

_____

DEBORAH DEANNE HATCHER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Clay County.
Steven B. Whittington, Judge.

Matthew J. Metz, Public Defender, and Darnelle Paige Lawshe,
Assistant Public Defender, Daytona Beach, for Appellant.

No Appearance for Appellee.


August 9, 2024


PER CURIAM.

    In this *Anders** appeal, we affirm without discussion the trial
court's revocation and termination of probation, as well as the
adjudication of guilt and the resulting eight-month jail sentence

---

* *See Anders v. California,* 386 U.S. 738 (1967).

imposed upon Appellant Deborah Hatcher.  However, we remand this case to the trial court for entry of a written order revoking probation that identifies the conditions of probation Hatcher was found to have violated. *See Font v. State*, 299 So. 3d 627 (Fla. 5th DCA 2020); *see also Poole v. State*, 283 So. 3d 1279, 1280 (Fla. 5th DCA 2019).

AFFIRMED; REMANDED with instructions to enter a written order revoking and terminating probation that identifies the conditions of probation violated.

WALLIS, LAMBERT, and SOUD, JJ., concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

2